NOT YET SCHEDULED FOR ORAL ARGUMENT

Nos. 13-5212, 13-5213

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

PATTI HAMMOND SHAW, ET AL.
Appellees,

v.

MERRENDER QUICKSEY, ET AL.,
Appellants.

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**MERRENDER QUICKSEY'S STATEMENT OF ISSUES TO BE RAISED**

Appellant Merrender Quicksey intends to raise the following issue in this appeal:

1. Whether she is entitled to dismissal of all claims against her.

                Respectfully submitted,

                IRVIN B. NATHAN
                Attorney General for the District of
                Columbia

                TODD S. KIM
                Solicitor General

                DONNA M. MURASKY
                Deputy Solicitor General

　　　　　　　　　　　　　　/s/ Holly M. Johnson
　　　　　　　　　　　　　HOLLY M. JOHNSON [476331]
　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　Office of the Solicitor General

　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　for the District of Columbia
　　　　　　　　　　　　　441 4th Street, N.W., Sixth Floor South
　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　Telephone No. (202) 442-9890
　　　　　　　　　　　　　Facsimile No. (202) 715-7713
　　　　　　　　　　　　　E-mail: holly.johnson@dc.gov
　　　　　　　　　　　　　*Counsel for the District of Columbia*

# CERTIFICATE OF SERVICE

      I hereby certify that, on August 12, 2013, electronic copies of this statement were served through the Court's ECF system, to:

Jeffrey L. Light, Esquire
1712 Eye Street, N.W.
Suite 915
Washington, D.C. 20006

Barbara L. Herwig, Esquire
Howard S. Scher, Esquire
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Room 7239
Washington, DC 20530

R. Craig Lawrence, Esquire
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

                                  /s/ Holly M. Johnson
                                  Holly M. Johnson
                                  Assistant Attorney General