IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PATTI HAMMOND SHAW | ) |
| | ) |
|    Plaintiff-Appellee, | ) |
| | ) |
| v. | ) No. 13-5212 |
| | ) (& No. 13-5213) |
| | ) |
| BENJAMIN E. KATES, | ) |
|   in his individual capacity, | ) |
| | ) |
| and | ) |
| | ) |
| TROY MUSGROVE, | ) |
|   in his individual capacity, | ) |
| | ) |
|    Defendants-Appellants. | ) |

**<u>Unopposed</u> Motion for Extension of the Briefing Schedule**

Pursuant to Rule 27(h) of the Local Rules of this Court, the federal appellants herein (Benjamin E. Kates and Troy Musgrove), hereby request that the briefing schedule in this case be extended as follows:

    Appellants' opening brief and appendix in both cases – due Dec. 6, 2013;

    Appellee's brief – due Jan. 10, 2014;

    Amici in support of Appellee – due Jan. 17, 2014;

    Appellants' reply brief in both cases – due Jan. 31, 2014.

Counsel for the appellant in No. 13-5213 (Holly Johnson) and counsel for the appellee in both cases (Jeffrey Light) have stated that they do not oppose the granting of this motion. This motion should be granted for the following reasons.

1. Currently, the appellants' opening brief and appendix in both cases are due Nov. 6, 2013.

2. Because of the press of other appellate work in this Circuit, Howard Scher (counsel with lead responsibility for the federal appellants) will not be able to meet the Nov. 6th deadline.  Specifically, Mr. Scher has the following appellate obligations:  the reply brief in *Broadcasting Board of Governors v. FLRA*, No. 12-1463 (due Oct. 8, 2013); the reply brief in *Federal Bureau of Prisons v. FLRA*, No. 12-1383 (due Oct. 21, 2013); an oral argument in *United States Dept. of the Treasury Internal Revenue Service Office of Chief Counsel Washington D.C. v. FLRA*, No. 12-1456 (set for Nov. 7, 2013); and an oral argument in *Federal Bureau of Prisons v. FLRA*, No. 12-1383 (set for Nov. 25, 21, 2013.)  As a result, Mr. Scher will need extra time to prepare and file the opening brief and appendix for the federal appellants.

3. Counsel for the appellee has informed the undersigned that one or more amici will enter an appearance in this matter to file a brief in support of the appellee.  Accordingly, the schedule makes room for potential amicus filings.

4. On September 18 and 26, 2013, Mr. Scher contacted counsel for the appellant in No. 13-5213 (Holly Johnson) and counsel for the appellee in both

cases (Jeffrey Light), who both stated that they do not oppose the granting of this motion.

## Conclusion

For the foregoing reasons, the motion to extend the briefing schedule as set forth on page 1, *supra*, should be granted.

Respectfully submitted,

Barbara L. Herwig
 202-514-5425
 barbara.herwig@usdoj.gov

s/ Howard S. Scher
Howard S. Scher
 202-514-4814
 202-514-7964 *(fax)*
 howard.scher@usdoj.gov

*Attorneys*
*Appellate Staff, Civil Division*
*Department of Justice*
*950 Pennsylvania Avenue, NW*
*Room 7239*
*Washington, DC  20530-0001*
*Fax:  202-514-7964*

## Certificate of Service

I hereby certify that on this **26th day of September, 2013**, I caused the foregoing Motion to be filed with the Court by way of the Court's ECF filing system and caused it to be served on opposing counsel in the same manner.

<pre>                        /s/ Howard S. Scher
                        HOWARD S. SCHER</pre>